Joseph Hutton, Appellee, v. Morgan Packing Company, Appellant.

Gen. No. 46,119. (Abstract of Decision.)

Crowe & Abrahamson, for appellant; Burt A. Crowe, of counsel; Earl Little, Marion J. Hannigan, Warren Hickey, and Edward Wolfe, for appellee;

Edward Wolfe, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 22, 1953; released for publication February 19, 1954.

